437 A.2d 745

**COMMONWEALTH of Pennsylvania**

v.

**Paul BALLOD, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1981.

Decided Dec. 17, 1981.

Norris E. Gelman, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan Sacks, Philadelphia, for appellee.

392

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN, and WILKINSON, JJ.

ORDER

PER CURIAM:

Judgment of sentence affirmed.